CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 23 2009

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHARLES KING, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 7:09-CV-00410 |
| v. | ) |
| | ) **ORDER** |
| FLINN & DREFFEIN ENGINEERING CO., | ) |
| | ) By: Hon. James C. Turk |
| Defendant. | ) Senior United States District Judge |

This matter is before the Court on Plaintiff's Motion to Remand (Dkt. No. 5). In accordance with the accompanying Memorandum Opinion it is hereby

**ADJUDGED and ORDERED**

that the Plaintiff's Motion to Remand is **DENIED**. In accordance with 28 U.S.C. § 1292(b) the Court **CERTIFIES** the issue presented in the Memorandum Opinion for an interlocutory appeal to the Fourth Circuit. If plaintiff so chooses, he shall make an application of this appeal to the Court of Appeals for the Fourth Circuit within ten (10) days after the entry of this Order.

ENTER: This 23rd day of November, 2009.

Hon. James C. Turk
Senior United States District Judge