CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 1 6, 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **CHARLES KING,** | ) | Case No.  **7:09-cv-00410** |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | **By: James C. Turk** |
| **FLINN & DREFFEIN ENGINEERING** | ) | **Senior United States District Judge** |
| CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

In accordance with the Memorandum Opinion entered this day, the Defendant's Partial Motion to Dismiss (ECF No. 119) is **GRANTED in part and DENIED in part**. To the extent that the Plaintiff's Second Amended Complaint alleges that the Defendant breached a post-sale duty to retrofit, those claims are **DISMISSED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

**IT IS SO ORDERED.**

ENTER: This ___ day of May, 2012.

_____
Senior United States District Judge