CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 16, 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHARLES KING, | ) | Case No. 7:09-cv-00410 |
| Plaintiff, | ) | **ORDER** |
| v. | ) | By: James C. Turk |
| FLINN & DREFFEIN ENGINEERING CO., | ) | Senior United States District Judge |
| Defendant. | ) | |

In accordance with the Memorandum Opinion entered this day, the Defendant's Partial Motion to Dismiss (ECF No. 119) is **GRANTED in part and DENIED in part**. To the extent that the Plaintiff's Second Amended Complaint alleges that the Defendant breached a post-sale duty to retrofit, those claims are **DISMISSED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

**IT IS SO ORDERED.**

ENTER: This 16th day of May, 2012.

/s/ James C. Turk
Senior United States District Judge