IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 30 2012

JULIA C. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

| | |
|---|---|
| CHARLES KING, | Case No. 7:09-cv-00410 |
| Plaintiff, | **FINAL ORDER** |
| v. | |
| FLINN & DREFFEIN ENGINEERING CO., | By: James C. Turk<br>Senior United States District Judge |
| Defendant. | |

In accordance with the Memorandum Opinion entered this day, it is

**ORDERED and ADJUDGED**

that Defendant Flinn & Dreffein Engineering Co.'s Motion for Summary Judgment (ECF No. 141) is **GRANTED** and its Motions to Strike (ECF Nos. 169, 171) are **DENIED**. All other pending motions are **DISMISSED** as moot.

The Clerk is directed to strike this case from the Court's active docket and to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

**IT IS SO ORDERED.**

ENTER: This 30th day of July, 2012.

/s/ James C. Turk
Senior United States District Judge